UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICE THORNE,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. CV26-5753 SKV

AMENDED SCHEDULING ORDER

Defendant's Unopposed Motion to Amend the Scheduling Order, Dkt. 23, is GRANTED.

The Court hereby amends the briefing schedule as follows:

| | |
|---|---|
| Defendant's Response Brief, **limited to 18 pages or 6300 words whichever is less**, is due: | December 29, 2026 |
| Plaintiff's Optional Reply Brief, **limited to 9 pages or 3150 words whichever is less**, is due: | Within 14 days after service of the Response Brief. |

All other provisions of the original briefing scheduling order remain in effect.

Dated this 18th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge